**Order filed October 20, 2011.**



In The

# 𝔉𝔬𝔲𝔯𝔱𝔢𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

———————

**NO. 14-10-00440-CR**
**NO. 14-10-00441-CR**

———————

**SIR JOSHTON STA VOHN MARTIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 1212862 & 1212863**

---

### ORDER

On October 4, 2011, this court ordered the clerk of the 185th District Court to deliver the originals of State's exhibits 16 and 57 to this court for inspection by the justices of this court. On October 12, 2011, the clerk filed originals of State's exhibits 16 and 57 with the clerk of this court. Both exhibits are video surveillance footage in CD format. State's exhibit 57 is a playable CD and is capable of review by the justices of this court. State's exhibit 16 was not sent to the court in a playable format.

The clerk of the 185th District Court and the parties to this appeal are directed to deliver to the clerk of this court the original of State's exhibit 16 in a format that can be played on a commercial DVD player or computer, on or before November 7, 2011. The clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's exhibit 16, to the clerk of the 185th District Court.

PER CURIAM